## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. A. J. PIETRUS et al.

### No. 12333.

Circuit Court of Appeals, Eighth Circuit.

June 29, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

R. F. Mack, of Sleepy Eye, Minn., for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, pursuant to petition for enforcement and consent.

## Arthur M. SLAVIN, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.

### No. 12170.

Circuit Court of Appeals, Eighth Circuit.

May 13, 1942.

John S. Cannon, of Kansas City, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. Louis Monarch, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals, 43 B.T.A. 1100, pursuant to provisions of Rule 28 of Rules of Board of Tax Appeals, 26 U. S.C.A. Int.Rev.Code following section 5011, dismissed for the want of prosecution.

## Charles G. GUTH, Appellant, v. Wallace GROVES and W. W. Colpitts, Appellees.

### No. 328.

Circuit Court of Appeals, Second Circuit.

July 6, 1942.

Donald Horne, of New York City, for appellant.

Albert R. Connelly, of New York City, for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on opinion below, D.C., 44 F. Supp. 855.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. LEBANON NEWS PUBLISHING CO., Respondent.

### No. 8009.

Circuit Court of Appeals, Third Circuit.

Argued and decided July 13, 1942.

Robert H. Kleeb, of Philadelphia, Pa. (Robert B. Watts, Ernest A. Gross, Gerhard P. Van Arkel, Roman Beck, and Millard Cass, all of Washington, D. C., on the brief), for petitioner.

Clarence D. Becker, of Lebanon, Pa., for respondent.

Before MARIS and GOODRICH, Circuit Judges, and SMITH, District Judge.

PER CURIAM.

The petition of the National Labor Relations Board for the enforcement of its order is granted. A decree of enforcement may be submitted.